UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:17-cr-0195-SEB-DML |
| | ) | |
| CARLIS YOUNG, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On March 28, 2019, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 21, 2019.  [Dkt. 15.]  Defendant Young appeared in person with his appointed counsel Dominic Martin.  The government appeared by Kendra Klump, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Young of his rights and ensured he had a copy of the Petition.

2. After being placed under oath, Defendant Young admitted violation no. 1 as set forth in the Petition. [Docket No. 15.].  Government moved to dismiss violation numbers 2 and 3 and the same was granted.

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from any unlawful use of a controlled substance."** |

                On February 5, 2019, the offender submitted a urine sample which tested positive for Cannabinoids. He admitted to the probation officer he had used marijuana.

                As previously reported to the Court, Mr. Young tested positive for marijuana on July 21, 2017, February 10, 23, March 16, 23, September 22, October 10, and November 15, 2018. In response to his prior drug use and noncompliance, the Court has previously modified his conditions of supervision by requiring him to participate in Moral Reconation Therapy (MRT), and complete 40 hours of community service.

4. The Court finds that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of eight (8) months imprisonment with no supervised release to follow. The parties recommended that Defendant will be allowed to self-surrender upon designation. Defendant requested placement at MCC Chicago.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in violation No. 1 of the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of eight (8) months with no supervised release to follow. The Defendant is released on his current conditions of supervised release pending the District Judge's action on this Report and

Recommendation. Defendant will self-surrender upon designation by the Bureau of Prisons. The Magistrate Judge further recommends that the Court recommend Defendant's placement at MCC Chicago.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 28 MAR 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal